IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-52-F

| | |
|---|---|
| WILLIAM B. FLOWERS, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>)<br>)<br>) |
| WELLS FARGO ADVISORS, LLC f/k/a<br>WACHOVIA SECURITIES, LLC, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

The Clerk of Court is DIRECTED to re-assign this case to another district judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 2nd day of March, 2012.

                                                              */s/ James C. Fox*
                                                          James C. Fox
                                                          Senior United States District Judge